**Opinion issued August 18, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00403-CV

_____

## DAVID MUSICK & KAYLA MUSICK, Appellants

## V.

## FEDERAL NATIONAL MORTGAGE ASSOCIATION, Appellee

---

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Case No. 1048329**

---

## MEMORANDUM OPINION

Appellants, David Musick and Kayla Musick, have filed a motion to dismiss their appeal. More than ten days have elapsed since the filing of the motion, and no party has objected to dismissal. *See* TEX. R. APP. P. 10.3(a). No opinion has issued

in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX.

R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Bland and Huddle.